Rafael MARTINEZ, Appellant,

v.

Randy J. POLLET, M.D., Appellee.

No. 08–09–00230–CV.

Court of Appeals of Texas,
El Paso.

Oct. 11, 2011.

John P. Mobbs, El Paso, for Appellant.

Cynthia C. Llamas, Hicks & Llamas, P.C., El Paso, for Appellee.

Before CHEW, C.J., McCLURE, and RIVERA, JJ.

## OPINION

DAVID WELLINGTON CHEW, Chief Justice.

Pending before the Court is Appellant's unopposed motion to lift abatement and dismiss this appeal. The appeal was abated on July 20, 2011, on Appellant's motion to permit the parties to negotiate a settlement agreement. According to the motion now before the Court, the parties have settled their dispute, and Appellant no longer wishes to pursue the appeal. Appellant states that he has conferred with Appellee, and that Appellee does not oppose the motion. Accordingly, the motion is GRANTED. The appeal is reinstated on the docket of this Court, and is hereby dismissed. *See* Tex.R.App.P. 42.1(a)(1).